JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZED BARBERS LLC dba BUZZED BARBERS, a California Limited Liability Company; MATT-PHUOC TRINH dba MY SWEET SMILE DENTISTRY, a California Corporation; ARCHELI FOOD SERVICE, a California Corporation; ARPIAR JANOYAN, an individual; SOFYA BAKHTAMYAN dba MK LOAN CONSULTING, a California Corporation; ARMINE CHELEBIAN dba TRIMANA BUNDY; MORAM HADDAD dba ELIXIR HAIR SALON, a California Limited Liability Company; JERRY PAPAZIAN dba DE JEUNESSE BEAUTY SALON LLC, a California Limited Liability Company; NERSES MKRTCHYAN dba NEWCASTLE CLEANERS; AIDA SETY dba TEASE ME; SHAHE MELELIAN dba SHAHE PHOTOGRAPHY; SIMONIAN LAW APC, a California Corporation; DEEVA HAIR AND MAKE UP INC., a California Corporation; DEEVA BOUTIQUE INC., a California Corporation; TRAVELCATION INC., | Case No. 2:23-cv-03171-MCS-PD<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | a California Corporation; HAYKUSH KUTYAN and GAYANE PAPAZIAN dba MILLENNIUM BEAUTY SALON; KNARIK HARTOUNIAN, an individual; EMMA ROSE FL LLC dba MID EAST TACOS, a California Limited Liability Company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and Does 1 through 10, inclusive, |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant STATE FARM GENERAL INSURANCE COMPANY and against Plaintiffs BUZZED BARBERS LLC dba BUZZED BARBERS; MATT-PHUOC TRINH dba MY SWEET SMILE DENTISTRY; ARCHELI FOOD SERVICE; ARPIAR JANOYAN; SOFYA BAKHTAMYAN dba MK LOAN CONSULTING; ARMINE CHELEBIAN dba TRIMANA BUNDY; MORAM HADDAD dba ELIXIR HAIR SALON; JERRY PAPAZIAN dba DE JEUNESSE BEAUTY SALON LLC; NERSES MKRTCHYAN dba NEWCASTLE CLEANERS; AIDA SETY dba TEASE ME; SHAHE MELELIAN dba SHAHE PHOTOGRAPHY; SIMONIAN LAW APC; DEEVA HAIR AND MAKE UP INC.; DEEVA BOUTIQUE INC.; TRAVELCATION INC.; HAYKUSH KUTYAN and GAYANE PAPAZIAN dba MILLENNIUM BEAUTY SALON; KNARIK HARTOUNIAN; and EMMA ROSE FL LLC dba MID EAST TACOS.

///

The Complaint is dismissed with prejudice. Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 28, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE